UNITED STATES of America,
Plaintiff–Appellee,

v.

Tommie Lee MITCHELL,
Defendant–Appellant.

No. 09–12618
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 21, 2010.

Tommie Lee Mitchell, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Paul D. Brown, appointed counsel for Tommie Lee Mitchell, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's conviction and sentence are **AFFIRMED**.